MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
2377 Gold Meadow Way, Suite 100
Gold River, CA 95670
Telephone: 916-732-7150

Attorney for Defendant
Karapet Damayan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:13-CR-274-TLN |
| Plaintiff, | WAIVER OF DEFENDANT'S PRESENCE; **ORDER** |
| v. | |
| KARAPET DAMAYAN, et al. | |
| Defendants. | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, **Karapet Damayan** hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of him attorney, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix in him absence.

1

Defendant further acknowledges that he has been informed of his rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under that Act without defendant being present.

Dated: December 5, 2013            ___/s/<u>Karapet Damayan</u>
                                                 Karapet Damayan
                                                 (Original retained by Attorney.)

I agree with and consent to my client's waiver of appearance.

Dated: December 5, 2013            *Michael Chastaine /s/*_____
                                                 Michael Chastaine
                                                Attorney for Karapet Damayan

**IT IS SO ORDERED.**

Dated: December 6, 2013

                                                 _____
                                                 Troy L. Nunley
                                                 United States District Judge